# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE VONTRESS,

    Plaintiff,

vs.

PEOPLE OF THE STATE OF NEVADA,

    Defendants.

Case No. 2:12-CV-01096-GMN-(GWF)

**ORDER**

    Plaintiff has submitted a petition for writ of certiorari from a decision of the Nevada Supreme Court. Two problems exist. First, plaintiff has neither paid the filing fee nor submitted an application to proceed in forma pauperis. Second, this court lacks jurisdiction to consider an appeal from a judgment of a state court. District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476, 483 n.16 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415-16 (1923).

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for lack of jurisdiction. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that any appeal is not taken in good faith.

    DATED this 26th day of July, 2012.

Gloria M. Navarro
United States District Judge